NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| JESSICA D. STEPONIK,<br>DOC #T23530, | ) | |
| | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D13-3789 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

Opinion filed October 22, 2014.

Appeal from the Circuit Court for
Hillsborough County; Denise A. Pomponio,
Judge.

Howard L. Dimmig, II, Public Defender, and
Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Donna S. Koch, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.

Jessica D. Steponik appeals the order revoking her probation. We affirm

the revocation and her amended sentence in all respects. We write only to note that the

trial court entered the amended sentence prior to the trial court clerk's issuance of the

commitment package for the Department of Corrections, but the commitment package

that is contained in our appellate record does not include the amended sentencing document. The amended sentence substantially increased Ms. Steponik's credit for time served. The sentencing document contained in the commitment package in our record was signed on July 23, 2013, and it reflected an award of 230 days of credit for time Ms. Steponik was incarcerated before imposition of the sentence. The amended sentence was signed on July 25, 2013, and it reflected an award of 319 days of credit for time incarcerated before imposition of the sentence. Thus, the Department should calculate Ms. Steponik's release date based on the amended sentence if it has not already done so.

Affirmed.

ALTENBERND, CASANUEVA, and BLACK, JJ., Concur.